## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV1488     Assigned/Issued By: J. N.

Judge Name: ST. EVE     Designated Magistrate Judge: MASON

---

### FEE INFORMATION

Amount Due:   ☑ $350.00     ☐ $39.00     ☐ $5.00
              ☐ IFP         ☐ No Fee     ☐ Other _____
              ☐ $455.00

*(For use by Fiscal Department Only)*

Amount Paid: 350         Receipt #: 2608704
Date Payment Rec'd: 3-12-08     Fiscal Clerk: J. N,.

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons      _____
☐ Citation to Discover Assets             *(Victim, Against and $ Amount)*
☐ Writ _____            ☐ Other _____
     *(Type of Writ)*                       *(Type of issuance)*

1  Original and  0  copies on  3-12-08  as to  DEFENDANT
                               *(Date)*