IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WASFI SHUAIB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 08 C 1488 |
| v. | ) | |
| | ) | Judge St. Eve |
| MAYWOOD PARK TROTTING ASSOCIATION, INC., | ) | Magistrate Judge Mason |
| | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

## NOTICE OF FILING

TO:    David Nani
Kralovec & Marquard, Chtd.
55 W. Monroe, Suite 1000
Chicago, Illinois 60603

    PLEASE TAKE NOTICE, on April 16, 2008 I filed the attached **Parties' Joint Initial Status Report** with the U.S. District Court for the Northen District of Illinois, via the electronic filing system.

    **s/Robert R. Cohen**
    Robert R. Cohen

Robert R. Cohen
Matthew D. Lango
Frankel & Cohen
77 W. Washington, Ste. 1720
Chicago, IL 60602
(312) 759-9600

## CERTIFICATE OF SERVICE

    I, Robert R. Cohen, an attorney, certify that a copy of the attached Notice of Filing and **Parties' Joint Initial Status Report** was served on the above-named persons by electronic filing on April 16, 2008.

    **s/Robert R. Cohen**
    Robert R. Cohen