# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Wasfi Shuaib

                              Plaintiff,

v.                                          Case No.: 1:08−cv−01488
                                            Honorable Amy J. St. Eve

Maywood Park Trotting Association, Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 21, 2008:

        MINUTE entry before Judge Honorable Amy J. St. Eve:Status hearing held on 4/21/2008, ( Status hearing set for 6/24/2008 at 08:30 AM. Defendant to answer or otherwise plead by 5/5/2008. Rule 26(a)(1) disclosures due 5/30/2008. Written discovery to be issued by 6/16/2008. Fact discovery ordered closed by 9/30/2008. Dispositive motions with supporting memoranda due by 10/30/2008.)Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.