Our File: DN-97024

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WASFI SHUAIB, | ) | |
| | ) | |
| Plaintiff, | ) | No.  08 CV 1488 |
| | ) | |
| v. | ) | Judge St. Eve |
| | ) | |
| MAYWOOD PARK TROTTING | ) | Magistrate Judge Mason |
| ASSOCIATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **NOTICE OF MOTION**

TO:   Robert R. Cohen, Esq.
      Matthew D. Lango, Esq.
      Frankel & Cohen
      77 West Washington Street
      Suite 1720
      Chicago, Illinois 60602

        On May 13, 2008 at 8:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge St. Eve, or any judge sitting in her stead, in the courtroom usually occupied by her in Room 1241, Dirksen Federal Building, Chicago, Illinois, and shall then and there present the attached Motion to Dismiss or Stay.

KRALOVEC & MARQUARD, CHARTERED          Attorneys for **Defendant**
55 West Monroe Street, Suite 1000          Chicago, Illinois 60601
(312) 346-6027                             Attorney No. 34616

## CERTIFICATE OF SERVICE

I, David T. Nani, an attorney, hereby certify that I have caused a true and correct copy of the above and foregoing Notice of Motion to be sent via electronic filing delivery this 5th day of May, 2008 to:

Robert R. Cohen
Matthew D. Lango
Frankel & Cohen
77 West Washington Street
Suite 1720
Chicago, Illinois 60602

s/David T. Nani
David T. Nani