# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Wasfi Shuaib

                                                           Plaintiff,

v.                                                                              Case No.: 1:08−cv−01488
                                                                               Honorable Amy J. St. Eve

Maywood Park Trotting Association, Inc.

                                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 13, 2008:

      MINUTE entry before Judge Honorable Amy J. St. Eve:MOTION by Defendant Maywood Park Trotting Association, Inc. to dismiss Motion to Dismiss or Stay, MOTION by Defendant Maywood Park Trotting Association, Inc. to stay [13] is denied.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.