IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WASFI SHUAIB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 08 C 1488 |
| v. | ) |
| | ) Judge St. Eve |
| MAYWOOD PARK TROTTING ASSOCIATION, INC., | ) Magistrate Judge Mason |
| | ) |
| | ) JURY TRIAL DEMANDED |
| Defendant. | ) |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

The Complaint, and all causes of action of Plaintiff Wasfi Shuaib in this matter, are dismissed with prejudice, pursuant to the terms of the Settlement Agreement and General Release executed in this matter.

The Court shall retain and reserve jurisdiction over this matter through August 8, 2008, under the authority of *Kokkonen v. Guardian Life Inc. Co*, 511 U.S. 375 (1994), to enforce the terms of the parties' Settlement Agreement and General Release, which is incorporated in this Stipulation and Order by reference.

s/ Robert R. Cohen
Robert Cohen
ARDC No. 6193698
frankelandcohen@aol.com
Matthew D. Lango
ARDC NO. 6286673
mlango@frankelandcohen.com
Frankel & Cohen
77 West Washington St., Ste. 1720
Chicago, IL 60602
(312) 759-9600

Attorneys for Plaintiff

s/ David T. Nani
David T. Nani
David.Nani@Kraloveclaw.com
Kralovec & Marquard, Chtd.
55 W. Monroe, Ste. 1000
Chicago, IL 60603
(312) 346-6027

Attorney for Defendant