## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| WASFI SHUAIB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 08 C 1488 |
| v. | ) | |
| | ) | Judge St. Eve |
| MAYWOOD PARK TROTTING ASSOCIATION, INC., | ) ) | Magistrate Judge Mason |
| | ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

### NOTICE OF FILING

TO:    David Nani
       Kralovec & Marquard, Chtd.
       55 W. Monroe, Suite 1000
       Chicago, Illinois 60603

PLEASE TAKE NOTICE, on August 7, 2008 I filed the attached **Stipulation and Order of Dismissal With Prejudice** with the U.S. District Court for the Northen District of Illinois, via the electronic filing system.

                                           s/Robert R. Cohen
                                           Robert R. Cohen

Robert R. Cohen
ARDC No. 6193698
frankelandcohen@aol.com
Frankel & Cohen
Chicago, IL 60602
(312) 759-9600

### CERTIFICATE OF SERVICE

I, Robert R. Cohen, an attorney, certify that a copy of the attached Notice of Filing and **Stipulation and Order of Dismissal With Prejudice** was served on the above-named persons by electronic filing on August 7, 2008.

                                           s/Robert R. Cohen
                                           Robert R. Cohen